

# NATURALIZATION ASSISTANCE SERVICES, INC.

2980 Lakeland Highlands Rd. ■ Lakeland, FL 33803-4370
P.O. Box 32 ■ Lakeland, FL 33802-0032
800-667-3271 ■ 941-665-6960 ■ FAX 941-665-0450

```
AUGUSTUS NOHA
2425 N.W. 132ND STREET

MIAMI ,FL   33167
```



DATE OF BIRTH:   11/18/60          A#:   A029979444
CONTROL NUMBER:  EN-D-011934

## CONGRATULATIONS!! You passed the examination!

TEST DATE:    01/06/96         TEST LOCATION:   FL12 -1077
                                                S.I.S.N.

FOR INS STAFF: Please refer to Approval Letter dated 8/12/94 from Lawrence J. Weinig re: Acceptance of NAS Standardized Section 312 Test results for naturalization purposes. This form should be accepted at the Local Service Office as evidence of having passed the NAS Standardized Section 312 test.

Notice that you have passed the examination is being sent to the U.S. Immigration and Naturalization Service within four weeks after the test date.

Send a copy of this notice with your application for citizenship. You must present the original to the INS at the time of your interview. This is an official document. You should keep it in a safe place.

The English and Citizenship Test has been officially approved by the Immigration and Naturalization Service (INS). A passing score satisfies all requirements for knowledge of written English, history, and government for naturalization. Because you passed the exam, you will not be asked to answer questions about history or government or to complete a writing exercise at your interview.

You must understand and answer questions in English about the contents of your citizenship application at the INS interview.

*M Cron*                                  030941
Melanie Cron

NAS Representative

** IMMIGRATION EXAMINER PLEASE SEE REVERSE SIDE FOR INSTRUCTIONS **

000435

**THE UNITED STATES OF AMERICA**

| RECEIPT NUMBER | | CASE TYPE | N400 |
|---|---|---|---|
| SRC-96-184-50593 | | APPLICATION FOR NATURALIZATION | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT | A29 979 444 |
| June 11, 1996 | | NOHA, AUGUSTUS C. | |
| NOTICE DATE | PAGE | | |
| June 11, 1996 | 1 of 1 | | |

AUGUSTUS C. NOHA
2425 NW 132 ST
MIAMI FL 33167

Notice Type: Receipt Notice

Fee Previously Collected

The above application has been received. You will be notified of the date and place of your interview when you have been scheduled at the MIAMI District Office. The average processing time is approximately 12 months.

Please notify this office of any changes in your address.

You can fulfill the government and history requirements prior to your naturalization interview by taking the Standardized Citizenship Test approved by INS and offered at many locations in your community for a small fee. The test takes about 30 minutes to complete. You must answer some basic questions on U.S. history and government and write two simple sentences in English.

Passing this test does not exempt you from the oral English language requirement. However, at your naturalization interview with the INS you will be asked to respond in ordinary English only about information on your application.

Call toll-free 1-800-755-0777 to find out where you can take the Standardized Citizenship Test prior to your interview with the INS.



EXHIBIT M

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 152122 - DEPT A
IRVING TX 75015-2122
Customer Service Telephone: (214) 767-7769



Form I-797C (Rev. 09/07/93)N

United States Department of Justice
Immigration and Naturalization Service
7880 Biscayne Blvd.
Miami, FL 33138

File: A29979444
Date: March 25, 1996

AUGUSTUS NOHA
2425 NW 132 ST
MIAMI, FL 33167

This is to inform you that the following application was received at this office:

| Form: N-400 | Receipt No.: MIA9617790055 |
|---|---|
| *Application for Naturalization* | |

The estimated processing time for this application is 8 months.

You may make a written inquiry if you have not received a decision or correspondence by November 25, 1996.

Please include a photocopy of this notice with any inquiry.



*Walter D. Cadman*
District Director

/BBD







MEDICAL REC



**Joint Commission**
on Accreditation of Healthcare Organ

Schedule ID: 265262
Account Number: 0000119396
Patient's Name: AUGUSTUS NOHA
Social Security: 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
Referring Physician: LARRY KATZ MD
Date Of Service: 4/28/2004 2:30:00 PM
Reason: L SPINE MRI W/O CONTRAST

**Final (Electronically Signed)**

HISTORY: Lower back pain.

TECHNIQUE: Standard pulse sequences through the lumbar spine were obtained.

FINDINGS: There is minimal retrolisthesis of L5 upon S1. The rest of the vertebral bodies are demonstrated in stable anatomical alignment. The height of the vertebral bodies are preserved. There is no compression fracture or subluxation. No infiltrative or focal bone marrow lesion is identified. No paraspinal mass.

The conus medullaris ends at approximately L1-2. The nerve roots of the cauda equina are anatomically aligned. There is no intradural mass.

L5-S1: There is desiccation and narrowing of the disk with degenerative endplate changes and osteophytes. There is a central disk herniation abutting the ventral thecal sac. There is light cranial migration of the disk material. The disk is abutting but not displacing the S1 nerve roots. No stenosis of the spinal canal or neural foramina.

L4-L5: There is desiccation and narrowing of the disk. There is a right paracentral disk herniation with an annular tear abutting the ventral thecal sac. The disk is abutting and slightly displacing the right L5 nerve root. The disk is abutting but not displacing the left L5 nerve root. No stenosis of the spinal canal or neural foramina.

L3-L4, L2-L3 and L1-L2: The disks are of normal height and signal intensity. There is no bulging or focal disk herniation. There is no stenosis of the spinal canal, lateral recesses or neural foramina.

MAY 7 2004

IMPRESSION:

1. RIGHT PARACENTRAL DISK HERNIATION AT L4-5 ABUTTING AND SLIGHTLY DISPLACING THE RIGHT L5 NERVE ROOT AS WELL AS ABUTTING BUT NOT DISPLACING THE LEFT L5 NERVE ROOT.

2. CENTRAL DISK HERNIATION AT L5-S1 ABUTTING BUT NOT DISPLACING THE S1 NERVE ROOTS.

3. THE REST OF THE DISK INTERVALS ARE UNREMARKABLE FOR SIGNIFICANT BULGING OR FOCAL DISK HERNIATION.

20880 West Dixie Highway • Suite 111 • North Miami Beach, FL 33180 • Tel. 305-933-9565 • Fax 305-933-8105





Joint Commission
on Accreditation of Healthcare Organiz.

Account Number: 119396
Patient Name: AUGUSTUS NOHA
Reason: L SPINE MRI W/O CONTRAST

Physician:            Germaine Rodriguez, MD
Transcriptionist:     H A

MAY 7 2004

20880 West Dixie Highway • Suite 111 • North Miami Beach, FL 33180 • Tel. 305-933-9565 • Fax 305-933-8105





Joint Commission
on Accreditation of Healthcare Organi.

Schedule ID:           265261
Account Number:        0000119396
Patient's Name:        AUGUSTUS NOHA
Social Security:       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
Referring Physician:   LARRY KATZ MD
Date Of Service:       4/28/2004 2:00:00 PM
Reason:                C SPINE MRI W/O CONTRAST

**Final (Electronically Signed)**

HISTORY: Neck pain.

TECHNIQUE: Standard pulse sequences through the cervical spine were obtained.

FINDINGS: There is reversal of the cervical curvature. The height of the vertebral bodies is preserved. There is no compression fracture or subluxation. No infiltrative or focal bone marrow lesion is identified. There is no paraspinal mass.

The spinal cord is of normal signal intensity. There is no demyelination, syrinx, or focal mass. The cervicomedullary junction appears normal.

There is diffuse desiccation and narrowing of the disks, worse at C5-C6 and C6-C7.

C2-C3: There is a central disk herniation abutting the ventral thecal sac. There is no stenosis of the spinal canal or neural foramina.

C3-C4: There is a mild bulging of the disk abutting the ventral thecal sac. There is no stenosis of the spinal canal or neural foramina.

C4-C5: There is a broad-based bulging disk abutting the ventral thecal sac. There is no stenosis of the spinal canal. There is mild stenosis of the neural foramina.

C5-C6: There is posterior osteophytic ridging and a broad-based bulging disk abutting the ventral thecal sac. There is no stenosis of the spinal canal. There is severe stenosis of the neural foramina due to uncovertebral osteophyte and facet joint hypertrophy.

C6-C7: There is posterior osteophytic ridging and a broad-based bulging disk abutting the ventral thecal sac. There There is no stenosis of the spinal canal. There is severe stenosis of the neural foramina due to uncovertebral osteophyte and facet joint hypertrophy.

C7-T1: There is a small central disk herniation abutting the ventral thecal sac. There is no stenosis of the spinal canal, lateral recesses, or neural foramina.

IMPRESSION:

MAY 7 2004

20880 West Dixie Highway • Suite 111 • North Miami Beach, FL 33180 • Tel. 305-933-9565 • Fax 305-933-8105


AVENTURA


**Joint Commission**
on Accreditation of Healthcare Organi.

Account Number: 119396
Patient Name: AUGUSTUS NOHA
Reason: C SPINE MRI W/O CONTRAST

1. MULTILEVEL SPONDYLOSIS AND DEGENERATIVE DISK DISEASE.

2. CENTRAL DISK HERNIATION AT C2-C3.

3. BROAD-BASED BULGING OF THE DISK FROM C3-C4 TO C6-7.

4. SMALL CENTRAL DISK HERNIATION AT C7-T1.

5. STENOSIS OF THE NEURAL FORAMINA AT C5-C6 AND C6-C7, DUE TO UNCOVERTEBRAL OSTEOPHYTE AND FACET JOINT HYPERTROPHY.

Physician:            Germaine Rodriguez, MD
Transcriptionist:     V L

MAY 7 2004

20880 West Dixie Highway • Suite 111 • North Miami Beach, FL 33180 • Tel. 305-933-9565 • Fax 305-933-8105

# PARKWAY DIAGNOSTIC CENTER

1400 NE Miami Gardens Drive * Suite 206 * North Miami Beach, FL 33179
PHONE (305) 947-9729 * FAX: (305) 947-4378

---

DR. LARRY KATZ
18300 NE 19TH AVE. APT#:
NORTH MIAMI BCH, FL 33179

ATN DR: KATZ, LARRY                                 ALT DR: ,

---

## FINAL RESULT

TIENT: NOHA, CHARLES              PT#: 1000127583       DATE: 01/08/2004

10-SPINE,LUMBAR COMP W/OBLIQ--(DRD/778) ORD#: 90001

CLINICAL HISTORY:

FULL RESULT: Indication: Low back pain.

Findings:

There is straightening of the lumbar lordosis without any rotoscoliosis.
The vertebral bodies are intact without evidence of fracture, dislocation,
-ytic or blastic changes. There is narrowing of the L5 disk space. The
remainder of the disk spaces appear unremarkable. Transverse and spinous
processes are intact. Pedicles are present throughout. The sacrum shows no
osseous abnormalities  The S/I joints are  patent bilaterally. There is
no spondylolysis. There is 6 mm of anterior subluxation of C5 under C4.
small joints show no arthritic changes.

IMPRESSION:Impression:

- Straightened lordosis possibly secondary to muscle spasm.

- Chronic degenerative disk disease of  L5 with anterior subluxation of
  under L5 but no significant     small joint arthritis.

Information contained in this transmission is privileged and confidential. It is intended only for the use of individual or entity named below. If the reader of this message is not the recipient, you are hereby notified any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received communication in error, please notify us immediately...

03/11/2004 06:03PM                                                PAGE 1 OF 2

# PARKWAY DIAGNOSTIC CENTER

1400 NE Miami Gardens Drive * Suite 206 * North Miami Beach, FL 33179
PHONE (305) 947-9729   *   FAX: (305) 947-4378

---

**DR. LARRY KATZ**
18300 NE 19TH AVE. APT#:
NORTH MIAMI BCH, FL 33179

ATN DR: KATZ, LARRY                             ALT DR:

---

## FINAL RESULT

TIENT: NOHA, CHARLES  *Augusta*      PT#: 1000127583      DATE: 01/08/2004

50-SPINE, CERVICAL, 5 VIEWS—(DRD/764) ORD#: 90001

CLINICAL HISTORY:

FULL RESULT: Indication: Neck pain, radiculopathy.

Findings:

There is marked straightening of the cervical lordosis. The vertebral bodies are intact without evidence of fracture. There is further marked narrowing of the C5 and C6 disk spaces. Osteophytic spurring is seen anteriorly at those levels. There is 5 mm of anterior subluxation of C6 under C5. Small joints show no arthritic changes at the C5-6. The spinous processes are intact. No cervical ribs are seen. The odontoid is unremarkable on the lateral view. There is encroachment of the neural foramina at on the right side and C6 on the left side.

IMPRESSION:

Chronic degenerative disk disease at C5-6 with anterior subluxation of 5 and associated small joint arthritis and cervical spondylosis.

C:  MRN # 1000 127583

---

Information contained in this transmission is privileged and confidential. It is intended only for the use of individual or entity named below. If the reader of this message is not the recipient, you are hereby notified any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received communication in error, please notify...

03/11/2004 06:03PM

PAGE 2 OF 2

READ BY DR:    JULIAN R. KANTER    D/T: 01/09/2004 01:16PM
SIGNED BY DR:  JULIAN R. KANTER    D/T: 01/12/2004 07:57AM
TRANS BY:      D/T: 01/12/2004 08:28AM
ORDERED BY: DR. LARRY KATZ

DOS: 01/08/2004 02:48PM

3/11/04

Information contained in this transmission is privileged and confidential. It is intended only for the use of individual or entity named below. If the reader of this message is not the recipient, you are hereby notified any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received communication in error, please notify us immediately

# PARKWAY DIAGNOSTIC CENTER

1400 NE Miami Gardens Drive * Suite 206 * North Miami Beach, FL 33179
PHONE (305) 947-9729 * FAX: (305) 947-4378

---

DR. LARRY KATZ
18300 NE 19TH AVE. APT#:
NORTH MIAMI BCH, FL 33179

ATN DR: KATZ, LARRY                           ALT DR: ,

---

## FINAL RESULT

**PATIENT: NOHA, CHARLES**           PT#: 1000127583      DATE: 01/08/2004

72110-SPINE,LUMBAR COMP W/OBLIQ--(DRD/778) ORD#: 90001

CLINICAL HISTORY:

FULL RESULT: Indication: Low back pain.

Findings:

There is straightening of the lumbar lordosis without any rotoscoliosis. The vertebral bodies are intact without evidence of fracture, dislocation, lytic or blastic changes. There is narrowing of the L5 disk space. The remainder of the disk spaces appear unremarkable. Transverse and spinous processes are intact. Pedicles are present throughout. The sacrum shows no osseous abnormalities  The S/I joints are  patent bilaterally.  There is no spondylolysis. There is 6 mm of anterior subluxation of C5 under C4. Small joints show no arthritic changes.

IMPRESSION:Impression:

1. Straightened lordosis possibly secondary to muscle spasm.

2. Chronic degenerative disk disease of  L5 with anterior subluxation of L5 under L5 but no significant     small joint arthritis.

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named below. If the reader of this message is not the recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank you!

Page 1 of 1

PT:   MRN # 1000 127583

READ BY DR:   JULIAN R. KANTER    D/T: 01/09/2004 01:00PM
SIGNED BY DR:  JULIAN R. KANTER D/T: 01/12/2004 07:58AM
TRANS BY:      D/T:  01/12/2004 08:29AM
ORDERED BY: DR. LARRY KATZ

DOS: 01/08/2004 02:48PM

3/11/04

Information contained in this transmission is privileged and confidential. It is intended only for the use of individual or entity named below. If the reader of this message is not the recipient, you are hereby notified any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received communication in error, please notify us immediately by telephone,

# PARKWAY DIAGNOSTIC CENTER

1400 NE Miami Gardens Drive * Suite 206 * North Miami Beach, FL 33179
PHONE (305) 947-9729 * FAX: (305) 947-4378

---

**DR. LARRY KATZ**
18300 NE 19TH AVE. APT#:
NORTH MIAMI BCH, FL 33179

ATN DR: KATZ, LARRY            ALT DR:

---

## FINAL RESULT

**PATIENT: NOHA, CHARLES** *Augusta*    **PT#: 1000127583**    **DATE: 01/08/2004**

72050-SPINE, CERVICAL, 5 VIEWS—(DRD/764) ORD#: 90001

CLINICAL HISTORY:

FULL RESULT: Indication: Neck pain, radiculopathy.

Findings:

There is marked straightening of the cervical lordosis. The vertebral bodies are intact without evidence of fracture. There is further marked narrowing of the C5 and C6 disk spaces. Osteophytic spurring is seen anteriorly at those levels. There is 5 mm of anterior subluxation of C6 under C5. Small joints show no arthritic changes at the C5-6. The spinous processes are intact. No cervical ribs are seen. The odontoid is unremarkable on the lateral view. There is encroachment of the neural foramina at on the right side and C6 on the left side.

IMPRESSION:

1. Chronic degenerative disk disease at C5-6 with anterior subluxation of C6 and associated small joint arthritis and cervical spondylosis.

PT: MRN # 1000 127583

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named below. If the reader of this message is not the recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank you!

PT:   MRN # 1000 127583

READ BY DR:   JULIAN R. KANTER    D/T: 01/09/2004 01:00PM
SIGNED BY DR:   JULIAN R. KANTER  D/T: 01/12/2004 07:58AM
TRANS BY:        D/T: 01/12/2004 08:29AM
ORDERED BY: DR. LARRY KATZ                           DOS: 01/08/2004 02:48PM

3/11/04

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named below. If the reader of this message is not the recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address below via the U.S. Postal Service. Thank you!

# Referral Authorization

METCARE SKYLAKE (110164)
18300 N.E. 19th Avenue
North Miami Beach, FL 33179
(305) 949-7273

01/08/2002 11:28:10AM

Carrier: Humana
Center Nbr: 110164

Referral Authorization No.   00010121    Referral Date: 01/08/2002    Referral Type: R - Routine

## Patient Information:

Name:       NOHA, AUGUSTUS C
Address:    2425 NW 132 ST   MIAMI, FL 33167
Phone:      (305) 323-6659
DOB:        11/18/1960
Member ID:  324862695-00

Group:  90809

## Referral Information:

Number of Visits:      1
Appointment Date:      01/09/2002
Appointment Time:      3:15 PM

Exp. Date: 02/07/2002

| ICD Code | Description |
|---|---|
| 724.1 | PAIN IN THORACIC SPINE |

## Authorized Facility:

Outpatient Facility:                                            Tax ID:

Specialist:        OMI MRI NETWORK,
Address:           20880 WEST DIXIE HWY STE # 111
                   AVENTURA, FL 33180
Phone:             (305) 933-9565           FAX: (305) 933-8105        Tax ID: 650781813
Primary Care Phys: KATZ, LARRY., M.D
Address:           18300 N.E. 19TH AVENUE
                   N. MIAMI BEACH, FL 33179
Phone:             (305)949-7273            FAX: (305)949-8025         Tax ID: 133406385

FAXED BY: JAN 0 8 2002

## Authorized Services:

[ ] Evaluation Only            [ ] Evaluation w/Treatment        [ ] Anesthesia
[X] Diagnostic Testing         [ ] Home Health Care/Hospice      [ ] Inpt. Cons/Hospital Visit
[X] Outpatient Surgery         [X] Therapy Svr (PT/OT/RT,etc)    [ ] X-Rays
[ ] Total OB Care              [ ] Ambulance                     [ ] Lab Rpt
[ ] ER/Urgent Care             [ ] Durable MED Equipment         [ ] Case Summary
[ ] Asst.Surgery               [ ] RX/Injectables

## PCP's Special Information:

Non-Par Code:          Payment Code         Non-Par Amt:    0.00   Par Provider:    Capitated Provider:

## Comments:

MRI OF THE C SPINE AND LS SPINE WITH AND WITHOUT GADOLINIUM

Payment for referred services is subject to member benefit limitations and contract exclusions, and dependent upon the member's eligibility at the time of service. This referral is not a guarantee of payment.