UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOHA CHARLES AUGUSTUS,           :
        Petitioner          :      Civil Action No. 05-1362 (RWR)
                            :
                            :
    v.                      :
                            :
                            :
DAVID VENTURELLA, et al.,        :
        Respondents         :

**FEDERAL RESPONDENTS' MOTION TO DISMISS PETITIONER'S**
**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS**

    The federal respondents, by and through their attorney, the United States Attorney for the District of Columbia, respectfully file the following motion to dismiss the petitioner's emergency petition for writ of habeas corpus under 28 U.S.C. 2241 (Foreign Sovereign Immunities Act) (§§ 1602)(FSIA), 8 U.S.C.A. 1503 (90). In support of its motion, the federal respondents submit the following.

    The petition for writ of habeas corpus should be dismissed because it is moot. In his petition for a writ of habeas corpus, the petitioner, an illegal alien, who at the time of the filing of his petition was being detained in Miami, Florida pending removal from the United States, does not challenge the legality of his removal order but, instead, challenges the legality of his continued detention pending removal from the United States. However, the petitioner is no longer being detained in the United States. On August 31, 2005, the petitioner was removed from the United States and returned to Nigeria. See Exhibit A (Executed Warrant of Removal/Deportation) and Exhibit B (Declaration of Gabriel Roman). Because the petitioner is no longer being detained in the United States by the federal respondents, the petitioner's motion

is moot. See, e.g., In Re Smith, 114 F.3d 1247, 1249 (D.C. Cir. 1997) ("request for habeas corpus relief is moot as a result of [petitioner's] release from prison"); Alonso-Martinez v. Meissner, 697 F.2d 1160, 1165-66 (D.C. Cir. 1983) (petitioner's release from INS detention to parole made his habeas petition moot); Solomon v. Cameron, 377 F.2d 170, 172 (D.C. Cir. 1967) (insanity acquittee's release from St. Elizabeth's Hospital made appeal of the denial of his habeas petition moot); see also Suarez-Tejeda v. United States, 85 Fed.Appx. 711, 716 (10th Cir. 2004) (release made habeas petition challenging legality of extended detention of illegal alien moot); Riley v. INS, 310 F.3d 1253, 1257 (10th Cir. 2002) (same); Soliman v. INS, 296 F.3d 1237, 1243 (11th Cir. 2002) (removal from the United States made illegal alien's habeas petition challenging legality of extended detention moot); Quinones-Molinar v. INS, 30 Fed.Appx. 198, 199 (4th Cir. 2002) (same); Tal Chu v. Watson, 2005 WL 2025886, *1-2 (N.D. Tex. August 22, 2005) (same); Daniel v. Ashcroft, 2004 WL 758203, *1 (E.D. La. April 5, 2004) (same); Watson v. INS, 271 F.Supp.2d 838, 839-40 (E.D. Va. 2003) (same).

Accordingly, respondents request that the petitioner's emergency petition for a writ of habeas corpus be dismissed as moot.

A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451-058

_____
ROBERT D. OKUN
Assistant United States Attorney
Chief, Special Proceedings Section
D.C. Bar Number 457-078

_____
SHERRI L. BERTHRONG
Assistant United States Attorney
Special Proceedings Section
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant motion has been filed electronically with the Court and by mail upon the petitioner, Noha Charles Augustus, #29-979-444, at his last known address, Buffalo Service and Processing Center, 4250 Federal Drive, Batavia, New York 14020, this 15th day of September, 2005.

_____
Sherri L. Berthrong
Assistant United States Attorney