# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**NOHA CHARLES AUGUSTUS,**                    :
          **Petitioner**                    :     **Civil Action No. 05-1362 (RWR)**
                                                          :
                                                          :
          **v.**                    :
                                                           :
                                                          :
**DAVID VENTURELLA, et al.,**                    :
                    **Respondents**                    :

## ORDER

Upon consideration of the Federal Respondents' Motion to Dismiss, and it appearing that the Petitioner's Emergency Petition For Writ Of Habeas Corpus is moot, it is hereby

      **ORDERED** that the petition is dismissed.

      **SO ORDERED**.

                                                       _____
                                                        Richard W. Roberts
                                                        United States District Court Judge

**DATE:**

Copies To:

Noha Charles Augustus
#29-979-444
Buffalo Service and Processing Center
4250 Federal Drive
Batavia, New York 14020

Sherri L. Berthrong
Assistant U.S. Attorney
Special Proceedings Section
555 4th Street, N.W.
Room 10-450
Washington, D.C. 20530