**EXHIBIT A**

Department of Homeland Security
Bureau of Immigrations and Customs Enforcement        **Warrant of Removal/Deportation**

File No: **A29 979 444**

Date: **September 3, 2003**

To any officer of the United States Immigration and Naturalization Service:

**NOHA, Augustus**
(Full name of alien)

who entered the United States at **New York,** on **April 24, 1991**
                                  (Place of entry)        (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings
☐ a district director or a district director's designated official
☒ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 241(a)(2)(A)(i)   241(a)(2)(A)(iii)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: the appropriation "Salaries & Expenses, Immigration and Naturalization Service 2003 including the expenses of an attendant if necessary."

KROME SPC
18201 S.W. 12th St
Miami, Fl 33194

_(Signature of INS official)_

Field Director, D&R, Miami Field Office
(Title of INS official)

December 22, 1999   Miami, Florida
(Date and office location)

**OFFICIAL FILE COPY**

To be completed by Service officer executing the warrant:
Name of alien being removed:

NOHA, Augustus

Port, date, and manner of removal: BUF/NIA FALLS, NY - JPATS - 8/31/05.

Photograph of alien removed

Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Departure witnessed by: _____/s/_____ SDDO.

(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

THIS CERTIFICATE IS FOR A DIRECT JOURNEY TO NIGERIA
AND NOT TO BE USED TO ANY OTHER COUNTRY

**VALID FOR 30 DAYS ONLY**
**EFFECTIVE AUGUST 31, 2005**

C/IMM/WDC/4/X/93
A# 29-979-444



### FEDERATION OF NIGERIA

# EMERGENCY CERTIFICATE



THIS IS TO CERTIFY THAT-
MR. AUGUSTUS NOHA

has stated to me that he/she is a CITIZEN OF NIGERIA
and that I have no reason to doubt his/her statement.
This Certificate is valid only for the journey to LAGOS, NIGERIA
Leaving U. S. A.

Signature of Bearer
for LAGOS, NIGERIA, and must be surrendered to the Immigration Officer at the place of arrival.

(Signed) AHMED

(Date) AUGUST 2005

Summary of the statements made by the holder in proof of his/her Nigeria nationality:-

DEPORTED BY U.S. IMMIGRATION FOR CREDIT CARD FRAUD XXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

* Insert status
+ Insert the territory of destination
/The possession of this emergency certificate does not exempt the holder from compliance with any immigration regulation in force in the country of destination or from the necessity of obtaining a visa when required.

FGP M 3366 PWO 4169/478/10.000