**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CASE NO. 05-CV-1362

Noha Charles Augustus,
    Petitioner,

v.

David Venturella, et. al.,

    Respondents.
_____/

## DECLARATION OF GABRIEL ROMAN

I, Gabriel Roman, declare as follows:

1. I am a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("DHS" or "ICE"), in the Miami District. I am assigned to the Krome Service Processing Center ("Krome"), which is a detention facility operated by DHS within the jurisdiction of the Miami District. As a Detention Officer, one of my duties includes reviewing administrative files and ensuring that the removal process proceeds as expeditiously as possible.

2. ICE detained Petitioner at Krome on August 12, 2004. Although he was transferred from Krome to the Buffalo Service and Processing Center ("BSPC") in Batavia, New York for removal to Nigeria, Petitioner returned to Krome on October 7, 2004, because ICE was unable to effectuate removal.

3. Petitioner remained at Krome until August 25, 2005, at which time he was transferred to Pine Prairie, Louisiana en route to BSPC to proceed with removal to Nigeria. On August 29, 2005, Petitioner arrived at BSPC. He was removed to Nigeria on August 31, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of September, 2005.

                                                    Gabriel Roman
                                                    Deportation Officer