```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**NOHA CHARLES AUGUSTUS,**          )
                                    )
    Petitioner,              )
                                    )
  v.                              )   Civil Action No. 05-1362 (RWR)
                                    )
**DAVID VENTURELLA, et al.,**       )
                                    )
    Respondents.             )
_____)

## ORDER

Respondents filed a motion to dismiss petitioner's July 6, 2005 emergency petition for a writ of habeas corpus challenging the legality of his prolonged detention by the Bureau of Immigration and Customs Enforcement pending his removal from the United States.

Respondents' motion to dismiss alleges that the petition is moot. On August 31, 2005, petitioner was removed from the United States and returned to Nigeria. See Federal Respondents' Motion to Dismiss, Exhibit A. Since petitioner is no longer in the custody of the United States, the petition for a writ of habeas corpus is moot. Accordingly, it is hereby

ORDERED that respondents' motion to dismiss [Docket# 8] be, and hereby, is GRANTED. The petition is dismissed.

SIGNED this 21st day of February, 2006.


                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge